WILLIAM M. NARUS
Acting United States Attorney
District of Oregon

STEVEN D. CLYMER
Special Attorney
MICHAEL J. HEYMAN
United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-1523
Email: steven.d.clymer@usdoj.gov
Email: michael.heyman@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN MICHAEL KEAYS,<br>　　　　　　　　Defendant. | Case No. 3:20-CR-00085-GMS-MMS-2<br><br>Government's Unopposed Application for<br>Leave to File Surreply; Proposed Order |

The United States of America, by and through its counsel of record, hereby applies

without opposition for leave to file a surreply brief on or before Monday, July 28, 2025 (or

one business day after this Court signs the requested order, whichever is later), no more

than eight pages in length, to address arguments made in defendant Nathan Michael

Keays's reply brief, Dkt. #415, to the government's response, Dkt. #412, to Keays's

supplemental motion for a new trial, Dkt. #382.

On May 30, 2025, with leave of the Court, Keays filed a sealed supplemental new trial motion.  Dkt. #382.  (On June 26, 2025, Keays filed a redacted version of his supplemental new trial motion on the Court's public docket.  Dkt. #385.)

On June 30, 2025, with leave of the Court, the government filed on the Court's public docket an oversized response 52 pages in length, exclusive of a table of contents. Dkt. #412.

On July 14, 2025, Keays filed a sealed 14-page reply brief, along with two sealed exhibits.  Dkt. #415.  (On July 15, 2025, Keays filed a redacted version of his reply brief on the Court's public docket.  Dkt. #417.)  The two sealed defense exhibits, Dkt. #415-1 and Dkt. #415-2, were documents that the government produced to Keays only after Keays had filed his supplemental new trial motion.  Accordingly, Keays advanced arguments based on these defense exhibits that were not contained in his supplemental new trial motion.  (Keays also filed, on July 22, 2025, a sealed motion to dismiss, Dkt. #421, that relies in large part on these newly received documents.  The government did not oppose Keays filing this motion out of time.)

The government now asks the Court's leave to file a short surreply brief to Keays's reply to the government's response to Keays's supplemental new trial motion.  Among other things, the government would like to briefly address new arguments made in Keays's reply brief.  The government requests an eight-page limit to its surreply brief and leave of

the Court to file on or before Monday, July 28, 2025 (or one business day after this Court signs the requested order, whichever is later).

Keays does not oppose this application.

RESPECTFULLY SUBMITTED July 25, 2025, at Anchorage, Alaska.

WILLIAM M. NARUS
Acting United States Attorney for the District of Oregon

Steven D. Clymer
Special Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
United States Department of Justice

**CERTIFICATE OF SERVICE**
I hereby certify that on July 25, 2025, a true and correct copy of the foregoing was served electronically on defense counsel.

United States Attorney's Office

*U.S. v. Keays*
Case No. 20-CR-00085-GMS-MMS-2
Government Unopposed Application for Leave to File Surreply Brief
Page 3