# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Nathan Michael Keays,<br><br>　　　　Defendant. | Case No. 3:20-cr-00085-GMS-MMS-2<br><br>**ORDER** |

　　　For good cause shown, no objection by the defendant,

　　　IT IS ORDERED granting Government's Application for Expedited Consideration (Doc. 428).

　　　IT IS FURTHER ORDERED granting Government's Application for Limited Unsealing of Ex Parte Hearing (Doc. 427). The hearing is unsealed for the limited purpose of providing a transcript to the government.

　　　Dated this 30th day of July, 2025.

　　　　　　　　　　　　　　　　　　_G. Murray Snow_
　　　　　　　　　　　　　　　　　　G. Murray Snow
　　　　　　　　　　　　　　　　　　Senior United States District Judge