SCOTT BRADFORD
United States Attorney
District of Oregon

STEVEN D. CLYMER
Special Attorney
MICHAEL J. HEYMAN
United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-1523
Email: steven.d.clymer@usdoj.gov
Email: michael.heyman@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN MICHAEL KEAYS,<br>                Defendant. | Case No. 3:20-CR-00085-GMS-MMS-2<br><br>Government's Response to Court Order at Docket #439 |

The United States of America, by and through its counsel of record, hereby responds to this Court's Order issued on August 25, 2025, filed at Docket #439. The government does <u>not</u> have concerns about this Court's participation in both this case and the Judicial Council that issued the order concerning former District Judge Joshua Kindred in *In re Complaint of Judicial Misconduct*, No. 22-90121 (May 23, 2024).

RESPECTFULLY SUBMITTED August 28, 2025, at Anchorage, Alaska.

SCOTT BRADFORD
United States Attorney for the District of Oregon

_____
Steven D. Clymer
Special Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
United States Department of Justice


**CERTIFICATE OF SERVICE**
I hereby certify that on August 28, 2025, a true and correct copy of the foregoing was served electronically on defense counsel.

United States Attorney's Office

*U.S. v. Keays*
Case No. 20-CR-00085-GMS-MMS-2
Government's Response to Court Order
Page 2